DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ISRRAEL DELGADO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0191

_____

June 14, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

J. Jervis Wise of Brunvand Wise, P.A., Clearwater, for Appellant.

Ashley Moody, Attorney General, Tallahassee; Kiersten E. Jensen, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　Affirmed.

KELLY, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.